918

No. 83–5300. PARISIE v. GREER, WARDEN, MENARD CORRECTIONAL CENTER. C. A. 7th Cir. Certiorari denied. ▮

No. 83–5303. HARVEY v. PINCUS ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 83–5314. THOMAS v. COX, WARDEN. C. A. 4th Cir. Certiorari denied. ▮

No. 83–5319. EGGER v. PHILLIPS. C. A. 7th Cir. Certiorari denied. ▮

No. 83–5346. KODADEK v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 83–5350. SMITH v. NORTH CAROLINA. C. A. 4th Cir. Certiorari denied. ▮

No. 83–5362. BONNER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 83–5378. WALKER v. DUGGER, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL. Sup. Ct. Fla. Certiorari denied. ▮

No. 83–5391. HEISE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 83–5398. FLEMMINGS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–5421. FOWLER v. ALABAMA. Sup. Ct. Ala. Certiorari denied. ▮

No. 83–5423. GREER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 83–5427. BERICK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 83–5435. HERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮

No. 83–5462. HARDIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮